JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROSENBAUM CAPITAL, LLC, Derivatively on Behalf of FIRST AMERICAN CORP., <br><br> Plaintiff, <br><br> v. <br><br> PARKER S. KENNEDY, FRANK V. MCMAHON, D.P. KENNEDY, FRANK E. O'BRYAN, ROSLYN PAYNE, D. VAN SKILLING, HERBERT B. TASKER, VIRGINIA M. UEBERROTH, GEORGE L. ARGYROS, GARY J. BEBAN, J. DAVID CHATHAM, WILLLAM G. DAVIS, JAMES L. DOTI, LEWIS W. DOUGLAS, JR. AND MARY LEE WIDNENER, <br><br> Defendants. <br><br> And <br><br> FIRST AMERICAN CORP. <br><br> Nominal Defendant. | CASE NO. SACV-09-537 JVS (RNB) <br><br> **ORDER DISMISSING ACTION** <br><br> [Stipulation to Dismiss Action Filed Concurrently Herewith] |

1 | Having considered the parties Stipulation to Dismiss the Action, and good cause
2 | appearing, IT IS HEREBY ORDERED that:
3 |     1. The present litigation is dismissed in its entirety with each party to pay its
4 |        own attorney fees and costs.
5 | IT IS SO ORDERED.
6 | Date: January 23, 2013

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

101438315.1

1